UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:21-cv-80497-AHS

SCOTT STANISLAW

        Plaintiff,

v.

KRS GLOBAL BIOTECHNOLOGY, INC.,
CLEVELAND DIATETES CARE, INC.
CHARLES RICHARDSON, M.D., and
ELSA KERPI,

        Defendants.
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants Charles Richardson, M.D. and Cleveland Diabetes Care, Inc., identify the following entities and persons:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case.

   - Charles Richardson, M.D. (Defendant)
   - Cleveland Diabetes Care, Inc. (Defendant)
   - V. Stephen Cohen (Counsel for Charles Richardson and Diabetes Care, Inc.)
   - James C. Mooney (Counsel for Charles Richardson and Diabetes Care, Inc.)
   - Bajo Cuva Cohen & Turkel, P.A. (Counsel for Charles Richardson and Diabetes Care, Inc.)
   - Scott Stanislaw (Plaintiff)
   - Jennifer S. Bullock (Counsel for Plaintiff)
   - Bullock Legal, P.A. (Counsel for Plaintiff)
   - KRS Global Biotechnology, Inc. ("KRS") (Defendant)

- Alan Weiner in his capacity as Court Appointed Receiver for KRS ("KRS Receiver")
- Eric Golden, Esq. (Counsel for the KRS Receiver)
- Michael Smith, Esq. (Counsel for the KRS Receiver)
- Burr & Forman, LLP (Counsel for the KRS Receiver)
- Elsa Kerpi (Defendant)
- Ellen M. Leibovitch (Counsel for Elsa Kerpi)
- Erin N. Assouline (Counsel for Elsa Kerpi)
- Assouline & Berlowe, P.A. (Counsel for Elsa Kerpi)

2. The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Dated: April 30, 2021.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 30, 2021, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

/s/ V. Stephen Cohen
V. Stephen Cohen, FBN: 0948756
Email: scohen@bajocuva.com
James C. Mooney, FBN: 0111668
Email: jmooney@bajocuva.com
BAJO CUVA COHEN & TURKEL P.A.
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Telephone: (813) 443-2199
Facsimile: (813) 443-2193
*Attorneys for Defendants, Charles Richardson, M.D. and Cleveland Diabetes Care, Inc.*