UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:21-cv-80497-AHS

SCOTT STANISLAW,

                       Plaintiff,

v.

KRS GLOBAL BIOTECHNOLOGY, INC.,
CLEVELAND DIABETES CARE, INC.,
CHARLES RICHARDSON, M.D., and ELSA
KERPI,

                       Defendants.

_____/

## DEFENDANT KERPI'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, Elsa Kerpi, pursuant to this Court's order [D.E. 5], makes the following disclosures:

1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that may have an interest in the outcome of this action - - - including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case:

    **A.**     **Scott Stanislaw – Plaintiff**

    **B.**     **Bullock Legal P.A. - Law firm representing Plaintiff**

    **C.**     **Jennifer Bullock – Attorney for Plaintiff**

    **D.**     **Elsa Kerpi ("Kerpi") – Defendant**

    **E.**     **Assouline & Berlowe, P.A. – Law firm representing Kerpi**

    **F.**     **Ellen M. Leibovitch – Attorney for Kerpi**

G.      **Eric N. Assouline – Attorney for Kerpi**

H.      **Giancarlo R. Cellini – Attorney for Kerpi**

I.      **Cleveland Diabetes Care, Inc. ("Cleveland") – Defendant**

J.      **Charles Richardson, M.D. ("Richardson") – Defendant**

K.      **Bajo Cuva Cohen & Turkel PA – Law firm representing Cleveland and Richardson**

L.      **V. Stephen Cohen - Attorney for Cleveland and Richardson**

M.      **James C. Mooney - Attorney for Cleveland and Richardson**

N.      **KRS Global Biotechnology, Inc. ("KRS") – Defendant**

O.      **Alan Weiner – Receiver for KRS**

P.      **Focus Management Group USA, Inc. – Receiver for KRS**

Q.      **Burr & Forman LLP - Law firm representing Receiver for KRS**

R.      **Eric Golden - Attorney for Receiver**

S.      **Michael W. Smith - Attorney for Receiver**

2.      The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None.**

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or the 20 largest unsecured creditors) in bankruptcy cases:

**None.**

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Unknown.**

**ASSOULINE & BERLOWE, P.A.**
Miami Tower • 100 SE 2nd St., Suite 3105, Miami, Florida 33131 • Telephone: 305-567-5576 • Facsimile: 305-567-9343

5.      Check one of the following:

a.  _X_  I hereby certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

b.  ___  I certify that I am unaware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain).

**ASSOULINE & BERLOWE, P.A.**
Miami Tower
100 S.E. 2nd Street, Suite 3105
Miami, FL 33131
Telephone: (305) 567-5576

By:  */s/ Ellen M. Leibovitch*
Ellen M. Leibovitch, Esq., FBN: 656933
eml@assoulineberlowe.com
Eric N. Assouline, Esq., FBN: 106143
ena@assoulineberlowe.com
Giancarlo R. Cellini, Esq., FBN: 117494
grc@assoulineberlowe.com

Attorneys for Defendant, Elsa Kerpi